RECEIVED
AUG - 5 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| GONZALO GANDARA (#34956-177) | DOCKET NO. 14-CV-693, SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN CARVAJAL | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 5th day of August, 2014.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT